UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERROD PAUL BECKMAN,

        Plaintiff,

v.                                                                              Case No. 14-cv-10003
                                                                           Honorable Gershwin A. Drain

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#14], DENYING PLAINITIFF'S MOTION FOR SUMMARY JUDGMENT [#9], AND GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT [#13]**

      This matter is before the Court on the parties' Cross-Motions for Summary Judgment as to Plaintiff Jerrod Beckman's claim for judicial review of Defendant Commissioner of Social Security's denial of her application for disability insurance benefits. The matter was referred to Magistrate Judge Michael Hluchaniuk, who issued a Report and Recommendation on January 15, 2015, recommending that the Court deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the Commissioner's findings. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

      Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Hluchaniuk's January 15, 2015 Report and Recommendation [#14] as this Court's findings of fact and conclusions of

-2-

law.  Defendant's Motion for Summary Judgment [#13] is **GRANTED**.  Plaintiff's Motion for Summary Judgment [#9] is **DENIED**.

This cause of action is dismissed.

SO ORDERED.

Dated: February 23, 2015

/s/Gershwin A Drain
Hon. Gershwin A. Drain
United States District Court Judge